M. P. No. 76-331. THE NARRAGANSETT ELECTRIC COMPANY *v.* WILLIAM W. HARSCH *et al.* Motion of petitioner to clarify order of October 1, 1976 is denied without prejudice to the right

of the petitioner to file a motion requesting that the revised schedule of rates sought by them in their application of January 23, 1976, become effective immediately, if a final decision and order of the Public Utilities Commission is not rendered on or before November 30, 1976. *Edwards & Angell, Edward F. Hindle, Deming E. Sherman,* for petitioner. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondents. *Roberts & Willey, Inc., Ronald C. Markoff,* for Rhode Island Consumers' Council.